Theodore J. Boutrous, Jr., SBN 132099
  tboutrous@gibsondunn.com
Andrea E. Neuman, SBN 149733
  aneuman@gibsondunn.com
William E. Thomson, SBN 187912
  wthomson@gibsondunn.com
Ethan D. Dettmer, SBN 196046
  edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Herbert J. Stern (*pro hac vice* forthcoming)
  hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice* forthcoming)
  jsilverstein@sgklaw.com
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

Neal S. Manne (SBN 94101)
  nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice* forthcoming)
  jcarter@susmangodfrey.com
Erica Harris (*pro hac vice* forthcoming)
  eharris@susmangodfrey.com
Steven Shepard (*pro hac vice* forthcoming)
  sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666

Attorneys for Defendant CHEVRON CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>    Plaintiff and Real Party in Interest,<br><br>    v. | CASE NO. _____<br><br>**CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>[Removal from the Superior Court of the State of California, County of San Francisco, Case No. CGC-17-561370] |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>               Defendants. | Action Filed: September 19, 2017 |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

CERTIFICATE OF INTERESTED ENTITIES
AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Chevron Corporation ("Chevron"), by and through counsel, hereby states that (i) Chevron is a publicly traded company (NYSE: CVX), (ii) Chevron has no parent corporation, and (iii) that no publicly held company owns more than 10% of its stock.

Pursuant to Civil Local Rule 3-15, Chevron certifies that no non-party persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest that could be substantially affected by the outcome of the proceeding.

DATED: October 20, 2017

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theodore J. Boutrous, Jr.*
   Theodore J. Boutrous, Jr.

Attorneys for Defendant CHEVRON CORPORATION