1  M. RANDALL OPPENHEIMER (S.B. #77649)
   roppenheimer@omm.com
2  DAWN SESTITO (S.B. #214011)
   dsestito@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, California  90071-2899
   Telephone:    (213) 430-6000
5  Facsimile:    (213) 430-6407

6  THEODORE V. WELLS, JR. (*pro hac vice* pending)
   twells@paulweiss.com
7  JAREN JANGHORBANI (*pro hac vice* pending)
   jjanghorbani@paulweiss.com
8  DANIEL J. TOAL (*pro hac vice* pending)
   dtoal@paulweiss.com
9  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   1285 Avenue of the Americas
10 New York, New York  10019-6064
   Telephone:   (212) 373-3000
11 Facsimile:   (212) 757-3990

12 *Attorneys for Defendant*
   EXXON MOBIL CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales; CHEVRON CORPORATION, a Delaware corporation; CONOCOPHILLIPS COMPANY, a Delaware corporation; EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>Defendants. | **CASE NO. 3:17-CV-06012-WHA**<br><br>**EXXON MOBIL CORPORATION'S CERTIFICATION OF INTERESTED PARTIES**<br><br>Judge:         Hon. William Alsup<br>Courtroom:  8<br><br>Action Filed:  September 19, 2017<br>Trial Date:    None set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

This certification is filed solely for purposes of complying with the Local Rules and is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction or failure to join an indispensable party.

Dated:   November 3, 2017

M. RANDALL OPPENHEIMER
DAWN SESTITO
O'MELVENY & MYERS LLP

By: /s/ Dawn Sestito
　　　　Dawn Sestito

*Attorneys for Defendant*
EXXON MOBIL CORPORATION