UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>    Plaintiff and Real Party in Interest,<br><br>    v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 3:17-cv-06011-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>    Plaintiff and Real Party in Interest,<br><br>    v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 3:17-cv-06012-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |

1  Upon consideration of plaintiffs' joint motion to remand in *The People of the State of
2  California v. BP p.l.c. et al.*, No. 3:17-cv-06011-WHA ("the Oakland action") and *The People of the*
3  *State of California v. BP p.l.c. et al.*, No. 3:17-cv-06012-WHA ("the San Francisco action"), as well
4  as any briefs in opposition, plaintiffs' reply brief, any argument before the Court, and other materials
5  as the Court deems just and proper, the Court has determined that plaintiffs' joint motion should be,
6  and is, GRANTED.

7  IT IS SO ORDERED.

8  
9  DATED: _____    _____
                                    HON. WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT JUDGE