1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF
CALIFORNIA,

        Plaintiff,

  v.

BP P.L.C., *et al.*,

        Defendants.

              /

No. C 17-06011 WHA
No. C 17-06012 WHA

**REQUEST FOR
INFORMATION RE AMICUS
CURIAE MATERIALS**

The Court has received two proposed amicus submissions (Dkt. Nos. 153, 157).[*] Although each submission touches on the questions outlined below, further elucidation is needed. By **TOMORROW AT 5 P.M.**, the amici shall provide the following information:

1.    The source of any funding received by amici in connection with the general research described in their submissions. This should include a clear statement regarding whether (and the extent to which) amici have received funding from individuals or entities on either side of the climate change debate (*e.g.*, from any environmental or industry group);

2.    Whether amici are in any way affiliated (directly or indirectly) with any party to the above-entitled actions; and

---

[*] All docket numbers herein refer to the docket in Case No. C 17-6011 WHA.

3.	Why amici waited until shortly before the tutorial to file their proposed submissions, such that the parties only have limited time to react.

Dated:  March 19, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2