IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>Defendants. | No. C 17-06011 WHA<br>No. C 17-06012 WHA<br><br>**ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE** |

On March 16, proposed amici, Christopher Monckton of Brenchley, Dr. Willie Soon, Dr. David Legates, Dr. William M. Briggs, Michael Limberg, Dr. Dietrich Jeschke, Alex Henney, John Whitfield, and James Morrison, filed motions seeking leave to file an amici curiae brief in these actions. Having considered the papers and pleadings on file, amici's motions are **GRANTED** and the Court accepts the brief as filed with the motions.

**IT IS SO ORDERED.**

Dated: March 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE