United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF
CALIFORNIA,

       Plaintiff,

  v.

BP P.L.C., *et al.*,

       Defendants.

/

No. C 17-06011 WHA
No. C 17-06012 WHA

**NOTICE RE AMENDED
COMPLAINTS**

The Court has received plaintiffs' notice of intent to amend their complaints by today, April 3.  By **TOMORROW AT NOON**, plaintiffs' counsel shall submit a statement, not to exceed 10 pages, summarizing the additions and subtractions contained in the amended complaints.

**IT IS SO ORDERED.**

Dated: April 3, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE