# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA,

   Plaintiff,

v.

BP P.L.C., CHEVRON CORPORATION, CONOCOPHILLIPS COMPANY, EXXON MOBIL CORPORATION, ROYAL DUTCH SHELL PLC,

   Defendants.

First filed Case: No. 3:17-cv-06011-WHA
Related Case: No. 3:17-cv-06012-WHA

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO CONSIDER WHETHER TO PARTICIPATE AS *AMICUS CURIAE***

  IT IS HEREBY ORDERED THAT the April 20, 2018 deadline set for the United States in the Order Setting Deadline for Motions to Dismiss and Inviting United States to File Amicus Brief is vacated. The United States' new deadline to file an amicus brief is May 10, 2018.

  IT IS SO ORDERED.

Dated: April 18, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE