1

Theodore J. Boutrous, Jr. (SBN 132099)
  tboutrous@gibsondunn.com
2
Andrea E. Neuman (SBN 149733)
  aneuman@gibsondunn.com
3
William E. Thomson (SBN 187912)
  wthomson@gibsondunn.com
4
Ethan D. Dettmer (SBN 196046)
  edettmer@gibsondunn.com
5
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
6
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
7
Los Angeles, CA 90071
Telephone:  213.229.7000
8
Facsimile:  213.229.7520

Neal S. Manne (SBN 94101)
  nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice*)
  jcarter@susmangodfrey.com
Erica Harris (*pro hac vice* pending)
  eharris@susmangodfrey.com
Steven Shepard (*pro hac vice*)
  sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666

9
Herbert J. Stern (*pro hac vice*)
  hstern@sgklaw.com
10
Joel M. Silverstein (*pro hac vice*)
  jsilverstein@sgklaw.com
11
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
12
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
13
Facsimile:  973.535.9664

14
*Attorneys for Defendant Chevron Corporation*

15

16
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
17
**SAN FRANCISCO DIVISION**

18
THE PEOPLE OF THE STATE OF
CALIFORNIA, acting by and through Oakland
19
City Attorney BARBARA J. PARKER,

20
           Plaintiff and Real Party in
           Interest,
21
           v.
22

BP P.L.C., a public limited company of
23
England and Wales, CHEVRON
CORPORATION, a Delaware corporation,
24
CONOCOPHILLIPS COMPANY, a Delaware
corporation, EXXON MOBIL
25
CORPORATION, a New Jersey corporation,
ROYAL DUTCH SHELL PLC, a public
26
limited company of England and Wales, and
DOES 1 through 10,
27
           Defendants.
28

First Filed Case:  No. 3:17-cv-6011-WHA
Related Case:       No. 3:17-cv-6012-WHA


**NOTICE OF ERRATA**

Case No. 3:17-cv-6011-WHA

Gibson, Dunn &
Crutcher LLP

NOTICE OF ERRATA RE TUTORIAL TRANSCRIPT– Nos. 17-cv-6011-WHA and 17-cv-6012-WHA

| | |
|---|---|
| 1 | THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA, | Case No. 3:17-cv-6012-WHA |
| 2 | | |
| 3 | | |
| 4 | Plaintiff and Real Party in Interest, | |
| 5 | v. | |
| 6 | BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Defendants. | |

1

THE PEOPLE OF THE STATE OF
CALIFORNIA, acting by and through the San
Francisco City Attorney DENNIS J.
HERRERA,

2

3

          Plaintiff and Real Party in
          Interest,

4

5

     v.

6

BP P.L.C., a public limited company of
England and Wales, CHEVRON
CORPORATION, a Delaware corporation,
CONOCOPHILLIPS COMPANY, a Delaware
corporation, EXXON MOBIL
CORPORATION, a New Jersey corporation,
ROYAL DUTCH SHELL PLC, a public
limited company of England and Wales, and
DOES 1 through 10,

7

8

9

10

11

          Defendants.

Case No. 3:17-cv-6012-WHA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

2

## NOTICE OF ERRATA RE TUTORIAL TRANSCRIPT

Defendant Chevron Corporation hereby respectfully submits this notice of errata for the transcript in the Climate Change Tutorial before the Court on March 21, 2018.

| PAGE/LINE: | CURRENTLY READS: | SHOULD READ: |
| --- | --- | --- |
| 11:25 | common | carbon |
| 48:4 | 1960's So | 1960's. So |
| 53:6 | we use the | we use to |
| 60:21 | MR. BOUTROUS | MR. BERMAN |
| 60:22 | CUIs | sea level rise |
| 62:22 | Artic | Arctic |
| 63:5 | fit's | fits |
| 64:8 | Artic | Arctic |
| 64:16 | Artic | Arctic |
| 67:16 | comings | comes |
| 70:6 | the; | the |
| 78:3 | through | threw |
| 81:8 | here | hear |
| 83:7 | preclude | prelude |
| 87:8 | compliment | complement |
| 87:9 | report | reports |
| 87:20 | conclude | concludes |
| 88:18 | signal -- the | signal -- "the |
| 89:18-19 | very likely unlikely | very unlikely |
| 97:11 | has | as |
| 100:16 | Inquiry | inquiry |
| 104:14 | Earth | Earth's |

| 107:1 | wildly | widely |
|---|---|---|
| 108:19 | on CO2 | than H20 |
| 108:20 | were be absorbing | were absorbing |
| 117:17 | Anomaly:" | "Anomaly" |
| 121:10 | too | to |
| 137:21 | to orienting | to orient |
| 137:21 | It's shows | It shows |
| 140:24 | remains; | remains |
| 157:20 | person | paren |
| 158:21 | it's to | to its |
| 162:11 | industry.  and | industry.  And |
| 164:5 | Artic | Arctic |
| 165:6 | Artic | Arctic |
| 165:8 | Artic | Arctic |
| 165:11 | charges | changes |
| 165:11 | Artic | Arctic |
| 167:4 | Artic | Arctic |
| 167:15 | Artic | Arctic |
| 181:17 | before m. | before. |
| 183:21 | Artic | Arctic |

May 1, 2018

Respectfully submitted,

By: */s/ Theodore J. Boutrous*

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992

Theodore J. Boutrous, Jr. (SBN 132099)
Andrea E. Neuman (SBN 149733)
William E. Thomson (SBN 187912)
Ethan D. Dettmer (SBN 196046)
Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP

1   Telephone: (973) 535-1900
    Facsimile: (973) 535-9664
2   E-mail:  hstern@sgklaw.com
    E-mail:  jsilverstein@sgklaw.com
3
    Neal S. Manne (SBN 94101)
4   Johnny W. Carter (*pro hac vice*)
    Erica Harris (*pro hac vice*)
5   Steven Shepard (*pro hac vice*)
    SUSMAN GODFREY LLP
6   1000 Louisiana, Suite 5100
    Houston, TX 77002
7   Telephone: (713) 651-9366
    Facsimile: (713) 654-6666
8   E-mail:  nmanne@susmangodfrey.com
    E-mail:  jcarter@susmangodfrey.com
9   E-mail:  eharris@susmangodfrey.com
    E-mail:  sshepard@susmangodfrey.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail:  tboutrous@gibsondunn.com
E-mail:  aneuman@gibsondunn.com
E-mail:  wthomson@gibsondunn.com
E-mail:  edettmer@gibsondunn.com
E-mail:  jlipshutz@gibsondunn.com

*Attorneys for Defendant*
*CHEVRON CORPORATION*