| | |
|---|---|
| CITY OF OAKLAND<br>BARBARA J. PARKER, State Bar #069722<br>City Attorney<br>MARIA BEE, State Bar #167716<br>Special Counsel<br>ERIN BERNSTEIN, State Bar #231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON, State Bar #313918<br>Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Tel.: (510) 238-3601<br>Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org<br><br>Attorneys for Plaintiffs<br>CITY OF OAKLAND and<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>acting by and through the Oakland City<br>Attorney BARBARA J. PARKER<br>[Other Counsel Listed on Signature Page] | CITY AND COUNTY OF SAN FRANCISCO<br>DENNIS J. HERRERA, State Bar #139669<br>City Attorney<br>RONALD P. FLYNN, State Bar #184186<br>Chief Deputy City Attorney<br>YVONNE R. MERÉ, State Bar #173594<br>Chief of Complex and Affirmative Litigation<br>ROBB W. KAPLA, State Bar #238896<br>Deputy City Attorney<br>MATTHEW D. GOLDBERG, State Bar<br>#240776<br>Deputy City Attorney<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715<br>Email: matthew.goldberg@sfcityatty.org<br><br>Attorneys for Plaintiffs<br>CITY AND COUNTY OF SAN FRANCISCO<br>and PEOPLE OF THE STATE OF<br>CALIFORNIA, acting by and through the San<br>Francisco City Attorney<br>DENNIS J. HERRERA<br>[Other Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 3:17-cv-06011-WHA<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO BP P.L.C.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

| | |
|---|---|
| CHEVRON CORP., <br><br> Third Party Plaintiff, <br><br> v. <br><br> STATOIL ASA, <br><br> Third Party Defendant. | |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA, <br><br> Plaintiffs, <br><br> v. <br><br> BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, <br><br> Defendants. | Case No.: 3:17-cv-06012-WHA <br><br> **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BP P.L.C.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| CHEVRON CORP., <br><br> Third Party Plaintiff, <br><br> v. <br><br> STATOIL ASA, <br><br> Third Party Defendant. | |

1       I, STEVE W. BERMAN, declare as follows:

2       1.     I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs in the above-titled actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:     BP p.l.c.'s Annual Report and Form 20-F [2017]; and

Exhibit 2:     Document entitled, "Climate Change 2016 – BP," *available at* https://www.bp.com/content/dam/bp/en/corporate/pdf/sustainability-report/group-reports/bp-cdp-submission-2016.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of May, 2018 at Seattle, Washington.

                                                                s/ Steve W. Berman
                                                               STEVE W. BERMAN