| | |
|---|---|
| CITY OF OAKLAND<br>BARBARA J. PARKER, State Bar #069722<br>City Attorney<br>MARIA BEE, State Bar #167716<br>Special Counsel<br>ERIN BERNSTEIN, State Bar #231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON, State Bar #313918<br>Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Tel.: (510) 238-3601<br>Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org<br><br>Attorneys for Plaintiffs<br>CITY OF OAKLAND and<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>acting by and through the Oakland City<br>Attorney BARBARA J. PARKER<br>[Other Counsel Listed on Signature Page] | CITY AND COUNTY OF SAN FRANCISCO<br>DENNIS J. HERRERA, State Bar #139669<br>City Attorney<br>RONALD P. FLYNN, State Bar #184186<br>Chief Deputy City Attorney<br>YVONNE R. MERÉ, State Bar #173594<br>Chief of Complex and Affirmative Litigation<br>ROBB W. KAPLA, State Bar #238896<br>Deputy City Attorney<br>MATTHEW D. GOLDBERG, State Bar #240776<br>Deputy City Attorney<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715<br>Email: matthew.goldberg@sfcityatty.org<br><br>Attorneys for Plaintiffs<br>CITY AND COUNTY OF SAN FRANCISCO<br>and PEOPLE OF THE STATE OF<br>CALIFORNIA, acting by and through the San<br>Francisco City Attorney<br>DENNIS J. HERRERA<br>[Other Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>   Plaintiffs,<br><br>   v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>   Defendants. | Case No.: 3:17-cv-06011-WHA<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROYAL DUTCH SHELL'S MOTION TO DISMISS** |

| | |
|---|---|
| CHEVRON CORP.,<br><br>       Third Party Plaintiff,<br><br>v.<br><br>STATOIL ASA,<br><br>       Third Party Defendant. | |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>       Plaintiffs,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>                     Defendants. | Case No.: 3:17-cv-06012-WHA<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROYAL DUTCH SHELL'S MOTION TO DISMISS** |
| CHEVRON CORP.,<br><br>       Third Party Plaintiff,<br><br>v.<br><br>STATOIL ASA,<br><br>       Third Party Defendant. | |

I, STEVE W. BERMAN, declare as follows:

1. I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs in the above-titled actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Annual Report, Royal Dutch Shell plc, Annual Report and Form 20-F for the year ended December 31, 2017;

Exhibit 2: Excerpts from the Transcript of Hearing on Motion for Preliminary Injunction, *Shell Offshore, Inc., et al. v. Greenpeace, Inc.*, Case No. 3:15-cv-054-SLG (D. Alaska), dated April 28, 2015;

Exhibit 3: Document entitled, "Royal Dutch Shell PLC 2017 November Management Day," dated November 28, 2017, *available at* https://www.shell.com/investors/news-and-media-releases/investor-presentations/2017-investor-presentations/2017-management-day/_jcr_content/par/textimage.stream/1511882281693/c2548a17c7225d162193ab0e55272593e5ddd310f27b0fe19e138bfd91d35ce1/shell-2017-management-day-anaylst-webcast-transcript.pdf;

Exhibit 4: Document entitled, "Confidential – The Greenhouse Effect," dated May 1988, *available at* http://www.climatefiles.com/shell/1988-shell-report-greenhouse/.

Exhibit 5: Document entitled, "Group Scenarios 1998-2020," *available at* https://www.documentcloud.org/documents/4430277-27-1-Compiled.html;

Exhibit 6: Document entitled, "Climate Change 2016 – Royal Dutch Shell," *available at* https://www.cdp.net/en/cdp2/redirect?discloser_id=101734&organization_name=Royal+Dutch+Shell&organization_number=16012&program=Investor&project_year=2016&redirect=https%3A%2F%2Fwww.cdp.net%2Fsites%2F2016%2F12%2F16012%2FClimate+Change+2016%2FPages%2FDisclosureView.aspx&response_type=search_response (last downloaded Apr. 30, 2018);

Exhibit 7: Article entitled "Shell says fossil fuel reserves won't be 'stranded' by climate regulation," dated May 19, 2014, *available at* https://www.reuters.com/article/shell-climatechange/shell-says-fossil-fuel-reserves-wont-be-stranded-by-climate-regulation-idUSL6N0O54CB20140519;

Exhibit 8: Article entitled, "'Stranded reserves' due to climate change? Not likely, says Shell boss," dated November 26, 2016, *available at* http://www.cityam.com/254454/stranded-reserves-due-climate-change-not-likely-says-shell;

Exhibit 9: Document entitled, "A Better Life With a Healthy Planet – Pathways to Net-Zero Emissions," *available at* https://www.shell.com/energy-and-innovation/the-energy-future/scenarios/a-better-life-with-a-healthy-planet/_jcr_content/par/relatedtopics.stream/1475857466913/a1aa5660d50ab79942f7e4a629fcb37ab93d021afb308b92c1b77696ce6b2ba6/scenarios-nze-brochure-interactive-afwv9-interactive.pdf; and

1

| | |
|---|---|
| Exhibit 10: | Document entitled, "Carson Refinery Products and Services," *available at* https://www.shell.us/about-us/projects-and-locations/shell-in-carson-southern-california/carson-refinery-products-and-services.html. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of May, 2018 at Seattle, Washington.

                                                    s/ Steve W. Berman
                                                    STEVE W. BERMAN