ARNOLD & PORTER KAYE SCHOLER LLP
Jonathan W. Hughes (SBN 186829)
jonathan.hughes@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:   1 415.471.3100
Facsimile:   1 415.471.3400

ARNOLD & PORTER KAYE SCHOLER LLP
Matthew T. Heartney (SBN 123516)
matthew.heartney@arnoldporter.com
John D. Lombardo (SBN 187142)
john.lombardo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone:   1 213.243.4000
Facsimile:   1 213.243.4199

ARNOLD & PORTER KAYE SCHOLER LLP
Philip H. Curtis (*pro hac vice*)
philip.curtis@arnoldporter.com
Nancy Milburn (*pro hac vice*)
nancy.milburn@arnoldporter.com
250 West 55th Street
New York, New York 10019-9710
Telephone:   1 212.836.8000
Facsimile:   1 212.836.8689

Attorneys for Defendant BP p.l.c.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>    Plaintiffs,<br><br> v.<br><br>BP P.L.C., a public limited company of England and Wales; CHEVRON CORPORATION, a Delaware corporation; CONOCOPHILLIPS, a Delaware corporation; EXXON MOBIL CORPORATION, a New Jersey corporation; ROYAL DUTCH SHELL PLC, a public limited company of England and Wales; and DOES 1 through 10,<br><br>    Defendants. | First Filed Case: 3:17-cv-06011-WHA<br>Related Case: 3:17-cv-06012-WHA<br><br>Case No. 3:17-cv-06011-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BP P.L.C.'S MOTION TO DISMISS AND JURISDICTIONAL DISCOVERY**<br><br>Judge: Honorable William H. Alsup |

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>                Plaintiffs,<br><br>    v.<br><br>BP P.L.C., a public limited company of England and Wales; CHEVRON CORPORATION, a Delaware corporation; CONOCOPHILLIPS, a Delaware corporation; EXXON MOBIL CORPORATION, a New Jersey corporation; ROYAL DUTCH SHELL PLC, a public limited company of England and Wales; and DOES 1 through 10,<br><br>                Defendants. | Case No. 3:17-cv-06012-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BP P.L.C.'S MOTION TO DISMISS AND JURISDICTIONAL DISCOVERY**<br><br>Judge: Honorable William H. Alsup |

WHEREAS, on April 19, 2018, all Defendants in the above-styled cases filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), while some defendants—including Defendant BP p.l.c. ("BP")—filed a separate motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2)[1];

WHEREAS, BP's Rule 12(b)(2) motion to dismiss asserted two distinct grounds for dismissal: failure to adequately plead that alleged in-forum activities were a "but-for" cause of Plaintiffs' alleged injury ("But-For Argument"); and that the exercise of personal jurisdiction over BP was unreasonable under the circumstances ("Unreasonableness Argument");

WHEREAS, BP also submitted sworn declarations by William Jeffries ("Jeffries Declaration"), John D. Lombardo ("Lombardo Declaration") and Donna Sanker ("Sanker Declaration") to support its But-For Argument;

WHEREAS, on May 25, 2018, "[f]or the reasons stated on the record" at the hearing on May 24, 2018, the Court ordered "jurisdictional discovery" as to BP and certain other Defendants, and ordered supplemental briefing on the relevant motions to dismiss following the conclusion of that discovery[2];

WHEREAS, it is in the interests of all parties to speed a resolution of the Rule 12(b)(6) and 12(b)(2) motions;

WHEREAS, BP withdraws the Jeffries Declaration, the Lombardo Declaration, and the Sanker Declaration and all exhibits to the three declarations, and Plaintiffs agree that, in light of this withdrawal, jurisdictional discovery is no longer necessary;

WHEREAS, BP will promptly file, for the convenience of the Court, substitute briefs in support of its motion to dismiss under Rule 12(b)(2) that eliminate reference to the withdrawn factual record and contain no new legal arguments;

WHEREAS, Plaintiffs and BP agree that BP's withdrawal of the Jeffries Declaration, Lombardo Declaration and Sanker Declaration concerning specific personal jurisdiction in these cases

---

[1] *See* ECF 219, 17-cv-6011; ECF 184, 17-cv-6012.

[2] *See* ECF 259, 17-cv-6011; ECF 217, 17-cv-6012.

shall have the same effect as if BP had not presented that evidence nor made arguments based upon that evidence in its motion to dismiss, and that this withdrawal is without prejudice to BP's right to contest any issue concerning the merits of Plaintiffs' claims or BP's right to contest personal jurisdiction in other cases;

NOW THEREFORE, Plaintiffs and BP p.l.c. HEREBY STIPULATE AND AGREE, subject to the approval and order of the Court, as follows:

1. Without prejudice to BP p.l.c.'s right to support a personal jurisdiction motion with a factual record at a future time beyond the motion to dismiss stage in these cases, if necessary, or in any other case, BP p.l.c. withdraws the factual record (specifically including the Declarations of William Jeffries, John D. Lombardo, and Donna Sanker, including all exhibits to these Declarations) (together, "factual record"), tendered in support of BP p.l.c.'s motion to dismiss under Rule 12(b)(2), such that BP p.l.c.'s Rule 12(b)(2) motion will then be based solely on the allegations of the First Amended Complaints (including materials referenced therein);

2. BP p.l.c. accepts that the Court should decide the motion based on the facts alleged in Plaintiffs' First Amended Complaints, and that such facts are uncontroverted for purposes of BP's motion;

3. Once this stipulation has been submitted and approved by the Court, BP p.l.c. will promptly file, for the convenience of the Court, substitute briefs in support of its motion to dismiss under Rule 12(b)(2) that eliminate reference to the withdrawn factual record and contain no new legal arguments;

4. Plaintiffs withdraw the discovery served on BP p.l.c., and BP p.l.c. will forgo any jurisdictional discovery against Plaintiffs in relation to or pursuant to the Court's May 24 hearing;

5. BP p.l.c.'s Rule 12(b)(2) motion, which does not challenge Plaintiffs' allegations regarding the purposeful direction requirement of specific jurisdiction, will then be ripe for decision together with the comparable Rule 12(b)(2) motions of defendants Exxon Mobil Corporation, Royal Dutch Shell plc and ConocoPhillips;

6. This agreement does not affect the rights of either party to assert any other argument, claim, or defense in these cases, to the extent permitted by state or federal law, the Federal Rules of Civil Procedure, or the Federal Rules of Evidence; and

7. This agreement does not affect the rights of either party to seek appeal from, fees or costs for, or any other right or remedy relating to the Rule 12(b)(6) motion currently pending in these cases in this Court.

**IT IS SO STIPULATED.**

Dated: June 20, 2018

By: */s/ Jonathan W. Hughes*

Jonathan W. Hughes (SBN 186829)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
E-mail: jonathan.hughes@arnoldporter.com

Matthew T. Heartney (SBN 123516)
John D. Lombardo (SBN 187142)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@arnoldporter.com
E-mail: john.lombardo@arnoldporter.com

Philip H. Curtis (*pro hac vice*)
Nancy Milburn (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
E-mail: philip.curtis@arnoldporter.com
E-mail: nancy.milburn@arnoldporter.com

*Attorneys for Defendant BP p.l.c.*

Respectfully submitted,

\*\* */s/ Matthew D. Goldberg*

DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
ROBB W. KAPLA, State Bar #238896
Deputy City Attorney
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Tel.: (415) 554-4748
Fax.: (415) 554-4715
Email: matthew.goldberg@sfcityatty.org

*Attorneys for Plaintiffs*
CITY AND COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA, acting by and through San
Francisco City Attorney
DENNIS J. HERRERA

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

*\*\*/s/ Erin Bernstein*
BARBARA J. PARKER, State Bar #069722
City Attorney
MARIA BEE, State Bar #167716
Special Counsel
ERIN BERNSTEIN, State Bar #231539
Supervising Deputy City Attorney
MALIA MCPHERSON, State Bar #313918
Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Tel.: (510) 238-3601
Fax: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

*Attorneys for Plaintiffs*
CITY OF OAKLAND and
PEOPLE OF THE STATE OF CALIFORNIA,
acting by and through Oakland City
Attorney BARBARA J. PARKER

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\*\* */s/ Steve W. Berman*
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave. Suite 3300
Seattle, Washington 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594


SHANA E. SCARLETT (State Bar #217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel.: (510) 725-3000
Fax: (510) 725-3001

MATTHEW F. PAWA (*pro hac vice*)
mattp@hbsslaw.com
BENJAMIN A. KRASS (*pro hac vice*)
benk@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1280 Centre Street, Suite 230
Newton Centre, Massachusetts 02459
Tel.: (617) 641-9550
Fax: (617) 641-9551

*Of Counsel Attorneys for The People*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                                                  _____
                                                                                  THE HONORABLE WILLIAM ALSUP
                                                                                  UNITED STATES DISTRICT COURT JUDGE