Theodore J. Boutrous, Jr. (SBN 132099)
    tboutrous@gibsondunn.com
Andrea E. Neuman (SBN 149733)
    aneuman@gibsondunn.com
William E. Thomson (SBN 187912)
    wthomson@gibsondunn.com
Joshua D. Dick (SBN 268853)
    jdick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

Herbert J. Stern (*pro hac vice*)
    hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
    jsilverstein@sgklaw.com
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

Neal S. Manne (SBN 94101)
    nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice*)
    jcarter@susmangodfrey.com
Erica Harris (*pro hac vice*)
    eharris@susmangodfrey.com
Steven Shepard (*pro hac vice*)
    sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666

*Attorneys for Defendant Chevron Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>          Plaintiffs,<br><br>     v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>          Defendants.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF | First Filed Case:  No. 3:17-cv-6011-WHA<br>Related Case:     No. 3:17-cv-6012-WHA<br><br><br>**RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>THE HONORABLE WILLIAM H. ALSUP |

Gibson, Dunn &
Crutcher LLP

1   CALIFORNIA, acting by and through the San
    Francisco City Attorney DENNIS J.
2   HERRERA,

3              Plaintiffs,

4          v.

5   BP P.L.C., a public limited company of
    England and Wales, CHEVRON
6   CORPORATION, a Delaware corporation,
    CONOCOPHILLIPS COMPANY, a Delaware
7   corporation, EXXON MOBIL
    CORPORATION, a New Jersey corporation,
8   ROYAL DUTCH SHELL PLC, a public
    limited company of England and Wales, and
9   DOES 1 through 10,

10             Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    Defendants respectfully submit this response to Plaintiffs' notice of supplemental authority re-

2    garding *City of Hoboken v. Chevron Corp.*, __ F.4th __, 2022 WL 3440653 (3d Cir. Aug. 17, 2022).[1]

3    Contrary to Plaintiffs' assertions, this out-of-Circuit decision does not "support[] [their] Renewed Mo-

4    tion to Remand" for multiple reasons.   Dkt. 414 at 1.

5    **First,** the Third Circuit's holding regarding the federal officer removal ground does not apply

6    here because the facts and theories alleged in these Complaints are substantially different from those

7    in the *Hoboken* complaints.  The court in *Hoboken* did not disagree that the defendants produced sub-

8    stantial amounts of oil and gas under the direction of federal officers, but concluded that it could dis-

9    regard this production because "[i]n their complaints, both Hoboken and Delaware insist that they are

10   not suing over emissions caused by fuel provided to the federal government."  2022 WL 3440653, at

11   *8.  Indeed, the complaints in *Hoboken* and *Delaware* are unequivocal on this point:  "This Complaint

12   disclaims injuries . . . that arose from Fossil Fuel Company Defendants' provision of fossil fuel prod-

13   ucts to the federal government for military and national defense purposes."  *City of Hoboken v. Exxon*

14   *Mobil Corp.*, No. 2:20-cv-14243 (D.N.J.), Dkt. 1-2 ("*Hoboken* Compl.") ¶ 222 n.202; *see also State of*

15   *Delaware v. BP America Inc.*, No. 1:20-cv-1429 (D. Del.), Dkt. 1-1 ("*Delaware* Compl.") ¶ 14 ("The

16   State hereby disclaims injuries arising . . . from Defendants' provision of fossil fuel products to the

17   federal government, and seeks no recovery or relief attributable to such injuries.").  Here, by contrast,

18   Plaintiffs do not, and cannot, make any such disclaimer.

19   **Second,** the allegations regarding petroleum production are central to the Complaints at issue

20   before this Court.  The Third Circuit correctly recognized that the Outer Continental Shelf Lands Act

21   ("OCSLA") does *not* require a causal connection between a defendant's operations on the Outer Con-

22   tinental Shelf ("OCS") and a plaintiff's claims.  *Hoboken*, 2022 WL 3440653, at *4–5.  But the Third

23   Circuit nonetheless held that the plaintiffs' claims were "all too far away from Shelf oil production" to

24   support OCSLA jurisdiction because the plaintiffs "[we]re upset, not by Shelf production, but by what

25   oil companies did with their oil after it hit the mainland: sell it for people to burn."  2022 WL 3440653,

26   at *7.  Here, however, Plaintiffs' Complaints leave no question that their claims necessarily encompass

27

28   _____

     [1]  This Court has already found that several Defendants are not subject to personal jurisdiction.  This
     is submitted subject to, and without waiver of, that jurisdictional finding.

Gibson, Dunn &
Crutcher LLP

production activities on the OCS. Indeed, Plaintiffs expressly allege that "*[p]roduction of fossil fuels causes global warming.*" Dkt. 199 ("Compl.") ¶ 74 (emphasis added); *see also, e.g.*, *id.* ¶ 4 ("Defendants' planned production of fossil fuels into the *future* will exacerbate global warming, accelerate sea level rise even further, and require greater and more costly abatement actions to protect Oakland.").[2] And Plaintiffs have told this Court that "the primary conduct giving rise to liability remains defendants' *production and sale* of fossil fuels." Dkt. 235 at 13 (emphasis added).

**Third,** *Hoboken*'s rejection of *Grable* jurisdiction based on substantial and disputed First Amendment issues is too cursory to carry any persuasive force. The Third Circuit offered just two sentences on this issue: "But though the First Amendment limits state laws that touch speech, those limits do not extend federal jurisdiction to every such claim. State courts routinely hear libel, slander, and misrepresentation cases involving matters of public concern." 2022 WL 3440653, at *4. But that is not Defendants' argument. In fact, Defendants acknowledge that "most state-law misrepresentation claims are not subject to removal because they do not implicate broader federal interests," and assert that "[h]ere, however, the federal interests are unquestionably substantial" given the uniquely significant policy and security implications of the subject matter of the relevant speech. Dkt. 408 at 17. The Third Circuit in *Hoboken* did not engage with these arguments, and thus its limited analysis on this issue is inapplicable in this case.

**Fourth,** and finally, the court in *Hoboken* did not address federal enclave jurisdiction, which provides an independent basis for removal here.

Respectfully submitted,

Dated: September 6, 2022

By: _/s/ Theodore J. Boutrous, Jr._____
Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

---

[2]   All docket references are to *City of Oakland v. BP P.L.C.*, No. 3:17-cv-0611-WHA (N.D. Cal.).

Gibson, Dunn & Crutcher LLP

1    Andrea E. Neuman
     William E. Thomson
2    GIBSON, DUNN & CRUTCHER LLP
     333 South Grand Avenue
3    Los Angeles, CA 90071
     Telephone: (213) 229-7000
4    Facsimile: (213) 229-7520
     Email: aneuman@gibsondunn.com
5    Email: wthomson@gibsondunn.com

6
     Joshua D. Dick
7    GIBSON, DUNN & CRUTCHER LLP
     555 Mission Street, Suite 3000
8    San Francisco, CA  94105-0921
     Telephone: 415.393.8331
9    Facsimile: 415.374.8451
     Email: jdick@gibsondunn.com
10

11   Neal S. Manne (*pro hac vice*)
     Johnny W. Carter (*pro hac vice*)
12   Erica Harris (*pro hac vice*)
     Steven Shepard (*pro hac vice*)
13   SUSMAN GODFREY LLP
     1000 Louisiana, Suite 5100
14   Houston, TX 77002
     Telephone: (713) 651-9366
15   Facsimile: (713) 654-6666
     Email: nmanne@susmangodfrey.com
16   Email: jcarter@susmangodfrey.com
     Email: eharris@susmangodfrey.com
17   Email: shepard@susmangodfrey.com

18
     Herbert J. Stern (*pro hac vice*)
19   Joel M. Silverstein (*pro hac vice*)
     STERN & KILCULLEN, LLC
20   325 Columbia Turnpike, Suite 110
     Florham Park, NJ 07932-0992
21   Telephone: (973) 535-1900
     Facsimile: (973) 535-9664
22   Email: hstern@sgklaw.com
     Email: jsilverstein@sgklaw.com
23

24   *Attorneys for Defendant CHEVRON CORPO-
     RATION*

25

26   By: **\*\*/s/ Jonathan W. Hughes*              By: **\*\*/s/ Raymond A. Cardozo*
     Jonathan W. Hughes                        Raymond A. Cardozo (SBN 173263)
27   ARNOLD & PORTER KAYE SCHOLER               T. Connor O'Carroll (SBN 312920)
     LLP                                        REED SMITH LLP
28   Three Embarcadero Center, 10th Floor       101 Second Street, Suite 1800
                                                San Francisco, CA 94105-3659

San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: jonathan.hughes@apks.com

Matthew T. Heartney
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@apks.com
E-mail: john.lombardo@apks.com

Nancy Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
Email: nancy.milburn@apks.com
*Attorneys for Defendant BP P.L.C.*


By: **\*\**/s/ Dawn Sestito*
M. Randall Oppenheimer
Dawn Sestito
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: roppenheimer@omm.com
Email: dsestito@omm.com

Theodore V. Wells, Jr.
Daniel J. Toal
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com

Kannon K. Shanmugam
PAUL, WEISS, RIFKIND,

Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: rcardozo@reedsmith.com
Email: cocarroll@reedsmith.com

Jameson R. Jones (pro hac vice)
Daniel R. Brody (pro hac vice)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email: jameson.jones@bartlitbeck.com
Email: dan.brody@bartlitbeck.com

*Attorneys for Defendant CONOCOPHILLIPS*


By: **\*\**/s/ Gary T. Lafayette*
Gary T. Lafayette (SBN 88666)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-3600
Facsimile: (415) 357-4605
Email: glafayette@lkclaw.com

David C. Frederick (pro hac vice)
Daniel S. Severson (pro hac vice)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
Email: frederick@kellogghansen.com
Email: dseverson@kellogghansen.com
*Attorneys for Defendant SHELL PLC (F/K/A ROYAL DUTCH SHELL PLC)*

RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY
CASE NOS. 17-CV-6011-WHA AND 17-CV-6012-WHA

1   WHARTON & GARRISON LLP
2   2001 K Street NW
    Washington, DC 20006-1047
3   Telephone: (202) 223-7325
    Email: kshanmugam@paulweiss.com
4   *Attorneys for Defendant*
    *EXXON MOBIL CORPORATION*

5

6   ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic
    signatory has obtained approval from
7   this signatory

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY
CASE NOS. 17-CV-6011-WHA AND 17-CV-6012-WHA