CITY OF OAKLAND
BARBARA J. PARKER (SBN 069722)
  City Attorney
MARIA BEE (SBN 167716)
  Chief Assistant City Attorney
ZOE M. SAVITSKY (SBN 281616)
  Supervising Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500
Email: zsavitsky@oaklandcityattorney.org

CITY AND COUNTY OF SAN FRANCISCO
DAVID CHIU (SBN 189542)
  City Attorney
SARA EISENBERG (SBN 269303)
  Chief of Complex and Affirmative Litigation
RONALD H. LEE (SBN 238720)
ROBB W. KAPLA (SBN 238896)
ALEXANDER J. HOLTZMAN (SBN 311813)
  Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Tel.: (415) 554-4748
Fax: (415) 554-4715
Email: ronald.lee@sfcityatty.org

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>Defendants. | First-Filed Case No. 3:17-cv-6011-WHA<br>Related to Case No. 3:17-cv-6012-WHA<br><br>**THE PEOPLE'S NOTICE OF RECENT DECISION**<br><br>Date: September 28, 2022<br>Time: 9:00 a.m. (PT)<br>Place: Courtroom 12 |

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DAVID CHIU, | Case No. 3:17-cv-6012-WHA |
| Plaintiffs, | |
| v. | |
| BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, | |
| Defendants. | |

1    The People of the State of California hereby notify the Court of *City of Annapolis v. BP*

2    *P.L.C.*, Case Nos. 21-00772 & 21-01323, 2022 WL 4548226 (D. Md. Sept. 29, 2022) (**Ex. A**), a

3    recent decision that supports the People's Renewed Motion to Remand (Dkts. 342, 286).

4    In *City of Annapolis*, the District of Maryland granted motions to remand two climate-

5    related cases brought in Maryland state court by the City of Annapolis and the County of Anne

6    Arundel, Maryland. The court's opinion holds that the defendants' removal of the public entities'

7    state-law claims on grounds of federal common law, *Grable* jurisdiction, the Outer Continental

8    Shelf Lands Act, the federal officer statute, and the federal enclave doctrine have each "already

9    been considered and rejected by the Fourth Circuit in Baltimore's case." Ex. A at *3; *see Mayor*

10   *& City Council of Baltimore v. BP P.L.C.*, 31 F.4th 178 (4th Cir. 2022).

11   Although the defendants in *City of Annapolis* "present[ed] a materially expanded

12   evidentiary record" in support of their federal officer jurisdiction argument, as well as new First

13   Amendment argument for *Grable* jurisdiction, the district court held that these new arguments still

14   "fail to provide grounds for federal jurisdiction." *Id.* at *4. As here, the defendants in *City of*

15   *Annapolis*—which include all Defendants here—sought to establish that they had "acted under"

16   federal officers based on evidence purporting to establish that the federal government "exercised

17   significant control over the production of high-octane aviation gasoline and the oil industry during

18   World War II" and "contracted with Shell Oil Company, BP entities, and [others] to supply 'highly

19   specialized jet fuels,' which defendants contended was required to conform with 'enumerated

20   ranges for conductivity, heat of combustion, and thermal stability' and contain 'military unique

21   additives.'" *Id.* at *7. Those arguments, and that evidence, were identical to the evidence and

22   arguments presented by the same defendants in this case.

23   In rejecting those defendants' federal officer arguments, the district court concluded,

24   among other things, that "[n]one of Defendants' new examples of federal authority relates to the

25   alleged concealment of the harms of fossil fuel products." *Id.*; *see also id.* at *8 ("The fact that the

26   federal government may have been a target of Defendants' misrepresentations does not

27   manufacture a federal relationship Defendants may now rely upon to access federal courts.").

28   Moreover, the court explained that the *City of Annapolis* complaint "d[id] not take issue with the

simple fact that Defendants produced oil and gas, they take issue with the fact that [Defendants] hid the harms of these products while doing it." *Id.* at *7. For that reason, among others, the court concluded that defendants' newly cited operations, even if conducted under the direction of a federal officer, "d[id] nothing to address the legal deficiency . . . identified by this Court and the Fourth Circuit in the *Baltimore* cases" because the defendants were not sued "for or relating to" any of that conduct. *Id.*

Defendants' First Amendment *Grable* argument, as here, was that "th[e] case necessarily implicate[d] affirmative federal constitutional elements imposed by the First Amendment" which, according to the defendants, meant that substantial and disputed federal issues were necessarily raised and that the case was therefore removable under *Grable*. *See id.* at *9. The district court disagreed, concluding that "it would dramatically expand *Grable* to conclude that any state tort claim involving speech on matters of public concern could invoke federal court jurisdiction" and that any such ruling "would raise federalism concerns and counter the mandate for federal courts to 'strictly construe' removal statutes." *Id.* at *9. The court further concluded that defendants had "fail[ed] to point to a single case that has relied on *Grable* to support federal jurisdiction in this way." *Id.* at *9–10. Therefore, "[i]n the absence of any authority supporting Defendants' expansive assertion of *Grable* jurisdiction" the court "decline[d] to extend the 'slim category' of cases to the breadth Defendants urge." *Id.*

Dated: October 3, 2022

Respectfully submitted,

**CITY OF OAKLAND**

By: /s/ Zoe M. Savitsky
BARBARA J. PARKER (SBN 069722)
  City Attorney
MARIA BEE (SBN 167716)
  Chief Assistant City Attorney
ZOE M. SAVITSKY (SBN 281616)
  Supervising Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California
Tel.: (510) 238-3601
Fax: (510) 238-6500
zsavitsky@oaklandcityattorney.org

1    * Pursuant to Civ. L.R. 5-1(i)(3), the electronic
2    filer has obtained approval from this signatory.

3    **CITY AND COUNTY OF SAN FRANCISCO**

4    *By: /s/ Ronald H. Lee*
5    DAVID CHIU (SBN 189542)
       City Attorney
6    SARA EISENBERG (SBN 269303)
7      Chief of Complex and Affirmative Litigation
     RONALD H. LEE (SBN 238720)
8    ROBB W. KAPLA (SBN 238896)
     ALEXANDER J. HOLTZMAN (SBN 311813)
9      Deputy City Attorneys
     City Hall, Room 234
10   1 Dr. Carlton B. Goodlett Place
     San Francisco, California 94102-4602
11   Tel.: (415) 554-4748
     Fax: (415) 554-4715
12   Email: ronald.lee@sfcityatty.org

13   * Pursuant to Civ. L.R. 5-1(i)(3), the electronic
14   filer has obtained approval from this signatory.

15   **SHER EDLING LLP**

16   VICTOR M. SHER (State Bar #96197)
     MATTHEW K. EDLING (State Bar #250940)
17   MARTIN D. QUIÑONES (State Bar #293318)
     KATIE H. JONES (State Bar #300913)
18   QUENTIN C. KARPILOW (*pro hac vice*)

19
     100 Montgomery St. Ste. 1410
20   San Francisco, CA 94104
     Tel.: (628) 231-2500
21   vic@sheredling.com
     matt@sheredling.com
22   marty@sheredling.com
     katie@sheredling.com
23   quentin@sheredling.com

24
     **ALTSHULER BERZON LLP**
25
     MICHAEL RUBIN (State Bar #80618)
26   BARBARA J. CHISHOLM (State Bar #224656)
     CORINNE F. JOHNSON (State Bar #287385)
27
     177 Post Street, Suite 300
28   San Francisco, CA 94108

1

2   Tel: (415) 421-7151
    mrubin@altber.com
3   bchisholm@altber.com
    cjohnson@altber.com

4   *Attorneys for The People*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28