Theodore J. Boutrous, Jr. (SBN 132099)
  tboutrous@gibsondunn.com
Andrea E. Neuman (SBN 149733)
  aneuman@gibsondunn.com
William E. Thomson (SBN 187912)
  wthomson@gibsondunn.com
Joshua D. Dick (SBN 268853)
  jdick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Neal S. Manne (SBN 94101)
  nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice*)
  jcarter@susmangodfrey.com
Erica Harris (*pro hac vice*)
  eharris@susmangodfrey.com
Steven Shepard (*pro hac vice*)
  sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666

Herbert J. Stern (*pro hac vice*)
  hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
  jsilverstein@sgklaw.com
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

*Attorneys for Defendant Chevron Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>Defendants.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF | First Filed Case:  No. 3:17-cv-6011-WHA<br>Related Case:      No. 3:17-cv-6012-WHA<br><br>**RESPONSE TO PLAINTIFFS' NOTICE OF RECENT DECISION**<br><br>THE HONORABLE WILLIAM H. ALSUP |

CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,

        Plaintiffs,

    v.

BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,

        Defendants.

Defendants respectfully submit this response to Plaintiffs' notice of recent decision regarding *City of Annapolis v. BP P.L.C.*, 2022 WL 4548226 (D. Md. Sept. 29, 2022). Contrary to Plaintiffs' assertions, this out-of-Circuit decision does not "support[] [their] Renewed Motion to Remand." Dkt. 426 at 1.[1]

Plaintiffs' characterization of the complaints in *City of Annapolis* underscores why remand is not appropriate here. As described by Plaintiffs, the complaints in *City of Annapolis* "do *not* take issue with the simple fact that Defendants produced oil and gas." *Id.* at 1–2 (quoting *City of Annapolis*, 2022 WL 4548226, at *7). Instead, and in contrast to the Complaints here, Plaintiffs argued and the district court found that "they take issue with the fact that [defendants] *hid the harms of these products while doing it*." *City of Annapolis*, 2022 WL 4548226, at *7 (emphasis added). In fact, the court found that the plaintiffs' allegations related to "'fossil fuel production . . . [are] *not* the source of tort liability.'" *Id.* at *6 (quoting *Mayor & City Council of Baltimore v. BP P.L.C.*, 31 F.4th 178, 233–34 (4th Cir. 2022)) (emphasis added).

This proved critical to the court's decision to remand the case because, in the court's view, "Defendants present[ed] no evidence that the alleged *concealment of the harms* of fossil fuel products was for or related to their purported federally authorized actions." *Id.* at *8 (emphasis added). As alleged in the *City of Annapolis* complaints, the court explained, "Defendants' misrepresentation of the harms of fossil fuel products was not for or related to the government's control of oil production during World War II and the Korean War. Defendants' misrepresentation of the harms of fossil fuel products was not for or related to the government's leasing of oil and gas permits on the Outer Continental Shelf. This analysis applies equally for every instance Defendants cite as examples of federal government control." *Id.*

Here, by contrast, Plaintiffs *do* "take issue with the simple fact that Defendants produced oil and gas." *Id.* at *7. In fact, Plaintiffs conceded in their briefing that "the *primary conduct* giving rise to liability remains defendants' *production and sale* of fossil fuels." Dkt. 235 at 13 (emphasis added).

---

[1] In submitting this update, Defendants BP P.L.C., ConocoPhillips, Exxon Mobil Corporation, and Shell plc (f/k/a Royal Dutch Shell plc), do not waive any argument or defense regarding the Court's lack of personal jurisdiction over them, nor do they seek to vacate or alter the Court's previous personal jurisdiction order under Rule 12(b)(2).

Indeed, the Complaint alleges that "Defendants' *production of massive quantities of fossil fuels* has caused, created, assisted in the creation of, contributed to, and/or maintained and continues to cause, create, assist in the creation of, contribute to and/or maintain global warming-induced sea level rise, a public nuisance in Oakland." Dkt. 199 ¶ 140 (emphasis added). Accordingly, this Court rightly observed that, according to Plaintiffs' theory of this case, "any such promotion [is] merely a 'plus factor.'" Dkt. 283 at 6.

In light of the distinct allegations in *City of Annapolis*, the district court's remand order in that case is not instructive here.

Dated: October 20, 2022                                        Respectfully submitted,

By: */s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.
William E. Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: wthomson@gibsondunn.com

Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: aneuman@gibsondunn.com

Joshua D. Dick
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8331
Facsimile: 415.374.8451
Email: jdick@gibsondunn.com

Neal S. Manne (*pro hac vice*)
Johnny W. Carter (*pro hac vice*)
Erica Harris (*pro hac vice*)
Steven Shepard (*pro hac vice*)
SUSMAN GODFREY LLP

1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: nmanne@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: eharris@susmangodfrey.com
Email: shepard@susmangodfrey.com

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*) STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
Facsimile: (973) 535-9664
Email: hstern@sgklaw.com
Email: jsilverstein@sgklaw.com

*Attorneys for Defendant CHEVRON CORPORATION*


By: ***/s/ Jonathan W. Hughes*
Jonathan W. Hughes
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: jonathan.hughes@apks.com

Matthew T. Heartney
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@apks.com
E-mail: john.lombardo@apks.com

Nancy Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
Email: nancy.milburn@apks.com

*Attorneys for Defendant BP P.L.C.*

|   | |
|---|---|
| 1 | |
| 2 | By:  **/s/ Raymond A. Cardozo* |
| 3 | Raymond A. Cardozo (SBN 173263)<br>T. Connor O'Carroll (SBN 312920) |
| 4 | REED SMITH LLP<br>101 Second Street, Suite 1800 |
| 5 | San Francisco, CA  94105-3659<br>Telephone:  415 543 8700 |
| 6 | Facsimile:   415 391 8269 |
| 7 | rcardozo@reedsmith.com<br>cocarroll@reedsmith.com |
| 8 | Jameson R. Jones (pro hac vice) |
| 9 | Daniel R. Brody (pro hac vice)<br>BARTLIT BECK LLP |
| 10 | 1801 Wewatta Street, Suite 1200<br>Denver, CO 80202 |
| 11 | Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140 |
| 12 | Email: jameson.jones@bartlitbeck.com<br>Email: dan.brody@bartlitbeck.com |
| 13 | |
| 14 | *Attorneys for Defendant CONOCOPHILLIPS* |
| 15 | |
| 16 | By: **/s/ Dawn Sestito*<br>M. Randall Oppenheimer |
| 17 | Dawn Sestito<br>O'MELVENY & MYERS LLP |
| 18 | 400 South Hope Street<br>Los Angeles, California 90071-2899 |
| 19 | Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| 20 | Email: roppenheimer@omm.com<br>Email: dsestito@omm.com |
| 21 | |
| 22 | Theodore V. Wells, Jr. (pro hac vice)<br>Daniel J. Toal (pro hac vice) |
| 23 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP |
| 24 | 1285 Avenue of the Americas<br>New York, New York 10019-6064 |
| 25 | Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |
| 26 | Email: twells@paulweiss.com<br>Email: dtoal@paulweiss.com |
| 27 | |
| 28 | *Attorneys for Defendant EXXON MOBIL CORPORATION* |

By:**\*\*/s/ Gary T. Lafayette*
Gary T. Lafayette (SBN 88666)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-3600
Facsimile: (415) 357-4605
Email: glafayette@lkclaw.com

David C. Frederick (pro hac vice)
Daniel S. Severson (pro hac vice)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
Email: dfrederick@kellogghansen.com
Email: dseverson@kellogghansen.com

*Attorneys for Defendant SHELL PLC (F/K/A ROYAL DUTCH SHELL PLC)*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.