1  Theodore J. Boutrous, Jr., SBN 132099
   tboutrous@gibsondunn.com
2  Andrea E. Neuman, SBN 149733
   aneuman@gibsondunn.com
3  William E. Thomson, SBN 187912
   wthomson@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, CA 90071
   Telephone:  213.229.7000
6  Facsimile:  213.229.7520

7  Attorneys for Defendant CHEVRON
   CORPORATION
8  (*Additional counsel on signature page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DAVID CHIU, | Case No. 3:17-cv-6012-WHA |
|---|---|
| Plaintiffs, | **DEFENDANTS' NOTICE OF APPEAL** |
| v. | |
| BP P.L.C., a public limited company of England and Wales; CHEVRON CORPORATION, a Delaware corporation; CONOCOPHILLIPS COMPANY, a Delaware corporation; CONOCOPHILLIPS; EXXON MOBIL CORPORATION, a New Jersey corporation; ROYAL DUTCH SHELL PLC, a public limited company of England and Wales; and DOES 1 through 10, | |
| Defendants. | |

# NOTICE OF APPEAL

Notice is hereby given that Defendants BP P.L.C.; Chevron Corporation; ConocoPhillips Company; ConocoPhillips; Exxon Mobil Corporation; and Shell plc (*f/k/a* Royal Dutch Shell plc) in the above captioned case, pursuant to 28 U.S.C. §§ 1291 and 1447(d), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on the 24th day of October, 2022, granting Plaintiffs' Motion to Remand. (ECF No. 357).[1]

Respectfully submitted,

Dated: November 21, 2022      By:   */s/ Theodore J. Boutrous, Jr.*

　　　　　　　　　　　　　　　　　Theodore J. Boutrous, Jr.
　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　333 South Grand Avenue
　　　　　　　　　　　　　　　　　Los Angeles, CA 90071-3197
　　　　　　　　　　　　　　　　　Telephone: (213) 229-7000
　　　　　　　　　　　　　　　　　E-mail: tboutrous@gibsondunn.com

　　　　　　　　　　　　　　　　　Andrea E. Neuman
　　　　　　　　　　　　　　　　　William E. Thomson
　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　333 South Grand Avenue
　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　Telephone: (213) 229-7000
　　　　　　　　　　　　　　　　　Facsimile: (213) 229-7520
　　　　　　　　　　　　　　　　　E-mail: aneuman@gibsondunn.com
　　　　　　　　　　　　　　　　　E-mail: wthomson@gibsondunn.com

　　　　　　　　　　　　　　　　　Joshua D. Dick
　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　555 Mission Street, Suite 3000
　　　　　　　　　　　　　　　　　San Francisco, CA  94105-0921
　　　　　　　　　　　　　　　　　Telephone: 415.393.8331
　　　　　　　　　　　　　　　　　Facsimile: 415.374.8451
　　　　　　　　　　　　　　　　　E-mail: jdick@gibsondunn.com

---

[1]  This Notice of Appeal is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process.

1

| | |
|---|---|
| 1 | Neal S. Manne (*pro hac vice*) |
| 2 | Johnny W. Carter (*pro hac vice*) |
| | Erica Harris (*pro hac vice*) |
| 3 | Steven Shepard (*pro hac vice*) |
| | SUSMAN GODFREY LLP |
| 4 | 1000 Louisiana, Suite 5100 |
| | Houston, TX 77002 |
| 5 | Telephone: (713) 651-9366 |
| | Facsimile: (713) 654-6666 |
| 6 | E-mail: nmanne@susmangodfrey.com |
| | E-mail: jcarter@susmangodfrey.com |
| 7 | E-mail: eharris@susmangodfrey.com |
| | E-mail: shepard@susmangodfrey.com |

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
Facsimile: (973) 535-9664
E-mail: hstern@sgklaw.com
E-mail: jsilverstein@sgklaw.com

*Attorneys for Defendant CHEVRON CORPORATION*


By:   /s/ Jonathan W. Hughes
Jonathan W. Hughes
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
E-mail: jonathan.hughes@arnoldporter.com

Matthew T. Heartney
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@arnoldporter.com
E-mail: john.lombardo@arnoldporter.com

Nancy Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
E-mail: nancy.milburn@arnoldporter.com

*Attorneys for Defendant BP P.L.C.*


By:  /s/ Raymond A. Cardozo
Raymond A. Cardozo
T. Connor O'Carroll
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269
E-mail: rcardozo@reedsmith.com
E-mail: cocarroll@reedsmith.com

Jameson R. Jones (*pro hac vice*)
Daniel R. Brody (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
E-mail: jameson.jones@bartlitbeck.com
E-mail: dan.brody@bartlitbeck.com

*Attorneys for Defendant CONOCOPHILLIPS COMPANY and CONOCOPHILLIPS*


By:  /s/ Dawn Sestito
M. Randall Oppenheimer
Dawn Sestito
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: roppenheimer@omm.com
E-mail: dsestito@omm.com

Theodore V. Wells, Jr.
Daniel J. Toal
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: twells@paulweiss.com
E-mail: dtoal@paulweiss.com

*Attorneys for Defendant EXXON MOBIL CORPORATION*


By:  /s/ Gary T. Lafayette
Gary T. Lafayette (SBN 88666)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-3600
Facsimile: (415) 357-4605
E-mail: glafayette@lkclaw.com

David C. Frederick (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: dfrederick@kellogghansen.com
E-mail: dseverson@kellogghansen.com

*Attorneys for Defendant SHELL PLC (F/K/A ROYAL DUTCH SHELL PLC)*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rules 3-2(b) and 12-2, Defendants submit this Representation Statement. The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellees City and County of San Francisco, a Municipal Corporation, and The People of the State of California, *acting by and through the San Francisco City Attorney David Chiu* | David Chiu<br>Sara Eisenberg<br>Ronald H. Lee<br>Robb W. Kapla<br>Alexander J. Holtzman<br>SAN FRANCISCO CITY ATTORNEY'S OFFICE<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715<br>E-mail: ronald.lee@sfcityatty.org<br><br>Victor M. Sher<br>Matthew K. Edling<br>Martin D. Quiñones<br>Katie H. Jones<br>Quentin C. Karpilow<br>SHER EDLING LLP<br>100 Montgomery St., Suite 1410<br>San Francisco, CA 94104<br>Telephone: (628) 231-2500<br>Facsimile: (628) 231-2929<br>E-mail: vic@sheredling.com<br>E-mail: matt@sheredling.com<br>E-mail: marty@sheredling.com<br>E-mail: katie@sheredling.com<br>E-mail: quentin@sheredling.com |
| Defendant-Appellant Chevron Corporation | Theodore J. Boutrous, Jr.<br>William E. Thomson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>E-mail: tboutrous@gibsondunn.com<br>E-mail: wthomson@gibsondunn.com |

| | |
|---|---|
| | Andrea E. Neuman<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>E-mail: aneuman@gibsondunn.com<br><br>Joshua D. Dick<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8331<br>Facsimile: 415.374.8451<br>E-mail: jdick@gibsondunn.com<br><br>Neal S. Manne (pro hac vice)<br>Johnny W. Carter (pro hac vice)<br>Erica Harris (pro hac vice)<br>Steven Shepard (pro hac vice)<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>E-mail: nmanne@susmangodfrey.com<br>E-mail: jcarter@susmangodfrey.com<br>E-mail: eharris@susmangodfrey.com<br>E-mail: shepard@susmangodfrey.com<br><br>Herbert J. Stern (*pro hac vice*)<br>Joel M. Silverstein (*pro hac vice*)<br>STERN & KILCULLEN, LLC<br>325 Columbia Turnpike, Suite 110<br>Florham Park, NJ 07932-0992<br>Telephone: (973) 535-1900<br>Facsimile: (973) 535-9664<br>E-mail: hstern@sgklaw.com<br>E-mail: jsilverstein@sgklaw.com |
| Defendant-Appellant BP P.L.C. | Jonathan W. Hughes<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California  94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>E-mail: jonathan.hughes@arnoldporter.com |

6
DEFENDANTS' NOTICE OF APPEAL – NO. 17-CV-6012-WHA

| | |
|---|---|
| | Matthew T. Heartney<br>John D. Lombardo<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>E-mail: matthew.heartney@arnoldporter.com<br>E-mail: john.lombardo@arnoldporter.com<br><br>Nancy Milburn<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY  10019-9710<br>Telephone: (212) 836-8383<br>Facsimile: (212) 715-1399<br>E-mail: nancy.milburn@arnoldporter.com |
| Defendant-Appellant ConocoPhillips Company and ConocoPhillips | Raymond A. Cardozo<br>T. Connor O'Carroll<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: 415 543 8700<br>Facsimile: 415 391 8269<br>E-mail: rcardozo@reedsmith.com<br>E-mail: cocarroll@reedsmith.com<br><br>Jameson R. Jones<br>Daniel R. Brody<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140<br>E-mail: jameson.jones@bartlitbeck.com<br>E-mail: dan.brody@bartlitbeck.com |
| Defendant-Appellant Exxon Mobil Corporation | M. Randall Oppenheimer<br>Dawn Sestito<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>E-mail: roppenheimer@omm.com<br>E-mail: dsestito@omm.com |

|  | Theodore V. Wells , Jr.<br>Daniel J. Toal<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 6th Ave.<br>New York, NY 10019<br>(212) 373-3869<br>Fax: (212) 492-0869<br>E-mail: twells@paulweiss.com<br>E-mail: dtoal@paulweiss.com |
|---|---|
| Defendant-Appellant Shell plc (*f/k/a* Royal Dutch Shell plc) | Gary T. Lafayette<br>LAFAYETTE KUMAGAI LLP<br>1300 Clay Street, Suite 810<br>Oakland, California 94612<br>Telephone: (415) 357-3600<br>Facsimile: (415) 357-4605<br>E-mail: glafayette@lkclaw.com<br><br>David C. Frederick<br>Daniel S. Severson<br>KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>E-mail: dfrederick@kellogghansen.com<br>E-mail: dseverson@kellogghansen.com |