Theodore J. Boutrous, Jr. (SBN 132099)
    tboutrous@gibsondunn.com
Andrea E. Neuman (SBN 149733)
    aneuman@gibsondunn.com
William E. Thomson (SBN 187912)
    wthomson@gibsondunn.com
Joshua D. Dick (SBN 268853)
    jdick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Neal S. Manne (SBN 94101)
    nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice*)
    jcarter@susmangodfrey.com
Erica Harris (*pro hac vice*)
    eharris@susmangodfrey.com
Steven Shepard (*pro hac vice*)
    sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666

Herbert J. Stern (*pro hac vice*)
    hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
    jsilverstein@sgklaw.com
STERN KILCULLEN & RUFOLO, L.L.C.
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

*Attorneys for Defendants Chevron Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,, <br><br> Plaintiffs, <br><br> v. <br><br> BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, <br><br> Defendants. | No. 3:17-cv-6012-WHA <br><br> **NOTICE OF CHANGE OF COUNSEL** <br><br> THE HONORABLE WILLIAM H. ALSUP |

Gibson, Dunn &
Crutcher LLP

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1(c)(2)(C), Ethan Dettmer, of the law firm of Gibson, Dunn & Crutcher LLP, hereby withdraws as counsel of record in this action for Defendants Chevron Corporation.  Mr. Dettmer is retiring from the partnership of Gibson Dunn on December 31, 2023, and he will therefore cease to be involved with these proceedings.  Chevron will continue to be represented by its other counsel of record in this action.

Mr. Dettmer respectfully requests that the Court remove his name from the service list and ECF notifications in this case.

Dated: December 29, 2023                                           Respectfully submitted,

By: */s/ Ethan Dettmer*

Ethan Dettmer
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.374.8481
Email: Edettmer@gibsondunn.com

Gibson, Dunn &
Crutcher LLP

1
NOTICE OF CHANGE OF COUNSEL
CASE NO. 17-CV-6012-WHA

1
2

<u>CERTIFICATE OF SERVICE</u>

3

    I hereby certify that the foregoing Notice  of Change of Counsel was filed

4

electronically on December 29, 2023, with the United States District Court for the Northern District

5

of California, San Francisco Division, and has been duly served via ECF on all counsel of record.

6

Dated: December 29, 2023

7
8

                             <u>/s/ Ethan Dettmer</u>
                             Ethan Dettmer

9
10
11
12
13
14
15
16

106887770.1

17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

DEFENDANTS' STATEMENT REGARDING MAY 12 STATUS CONFERENCE
CASE NOS. 17-CV-6011-WHA