UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____
www.cand.uscourts.gov

Mark B. Busby | General Court Number
Clerk of Court | 510-637-3530

February 16, 2024

Superior Court of California County of San Francisco
400 McAllister Street
San Francisco Ca, 94102

RE:  The People of the State of California v.  BP P.L.C., et al.
     17-cv-06012-WHA

Your Case Number:  CGC-17-561370

Dear Clerk,

　　　Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒  Certified original and one copy of this letter

☒  Certified copy of docket entries

☒  Certified copy of Remand Order

☐  Other

　　　Please send an acknowledgement of receipt of these documents to angela_jimenez@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

*[signature]*
by:  Angela Jimenez
Case Systems Administrator
(510) 637-3535

*REV. 10/21*