T. Connor O'Carroll (SBN 312920)
  cocarroll@reedsmith.com
Raymond A. Cardozo (SBN 173263)
  rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 543-8700
Facsimile: (415) 395-8095

Daniel R. Brody (*pro hac vice*)
  dan.brody@bartlitbeck.com
Jameson R. Jones (*pro hac vice*)
  jameson.jones@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Attorneys for Defendants ConocoPhillips
And ConocoPhillips Company

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., et al.<br><br>Defendants. | First Filed Case: No. 3:17-cv-6011-WHA<br><br>Related Case: No. 3:17-cv-6012-WHA<br><br>**NOTICE OF CHANGE IN COUNSEL FOR DEFENDANTS CONOCOPHILLIPS AND CONOCOPHILLIPS COMPANY** |
| CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., et al.<br><br>Defendants. | Case No. 3:17-cv-6012-WHA<br><br>Judge: Hon. William Alsup |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1(c)(2)(c), attorneys Daniel R. Brody and Jameson R. Jones of Bartlit Beck LLP hereby withdraw as counsel for Defendants ConocoPhillips and ConocoPhillips Company in the above-captioned action. The Court and parties are respectfully requested to remove Mr. Brody and Mr. Jones from the service list and ECF notifications for this action. Thomas Connor O'Carroll and Raymond A. Cardoza of Reed Smith LLP will continue to serve as counsel for ConocoPhillips and ConocoPhillips Company.

Dated April 30, 2024

Respectfully Submitted

/s/ Daniel R. Brody
Daniel R. Brody (*pro hac vice*)
Jameson R. Jones (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
dan.brody@bartlitbeck.com

*Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the forgoing Notice of Change in Counsel for Defendants ConocoPhillips and ConocoPhillips Company was filed electronically on April 30, 2024, with the United States District Court for the Northern District of California, San Francisco Division, and has been duly served via ECF on all counsel of record.

Dated: April 30, 2024            /s/ Daniel R. Brody
                                 Daniel R. Brody